CHARLES H. DAVIDS, Appellant, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.

*Davids v. Brooklyn Heights R. R. Co.,* 104 App. Div. 23, affirmed.
(Argued June 2, 1905; decided June 16, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1905, which reversed an order of the Kings County Court vacating an execution in the above-entitled action.

The following question was certified:

" May an execution against the person issue on the judgment recovered herein ? "

*Robert Stewart, Thomas F. Magner* and *Donald B. Smith* for appellant.

*Darius A. Marsh* and *George D. Yeomans* for respondent.

Order affirmed, with costs, on opinion below, and question certified answered in the affirmative.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CONSOLIDATED GINSENG COMPANY OF AMERICA, Respondent, *v.* OTTO KELSEY, as Comptroller of the State of New York, Appellant.

*People ex rel. Consolidated Ginseng Co. v. Kelsey,* 105 App. Div. 175, affirmed.
(Argued June 2, 1905; decided June 16, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 11, 1905, which modified and affirmed as modified a determination of the defendant assessing a license tax upon the relator.

*Julius M. Mayer, Attorney-General,* for appellant.

*Charles W. Tooke* for respondent.

Order affirmed, with costs; no opinion.

Concur: GRAY, O'BRIEN, BARTLETT and WERNER, JJ. Dissenting: CULLEN, Ch. J., HAIGHT and VANN, JJ.